# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEER JAN, on her own behalf and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA, a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 2:19-cv-01459-TLN-KJN<br><br>**ORDER RE: DEFENDANT'S JOINT STIPULATION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION – LOS ANGELES** |

Having reviewed the Joint Stipulation filed jointly by the parties, the Court hereby orders that the above captioned action be transferred to the Central District of California, Western Division – Los Angeles.

**IT IS SO ORDERED.**

Dated: August 22, 2019

_____
Troy L. Nunley
United States District Judge

4842-0580-3682.1

ORDER RE: DEFENDANT'S JOINT STIPULATION TO TRANSFER VENUE